No. 911. DALTON ET AL. v. BOWERS, EXECUTOR. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Arnold Lichtig* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *John Henry McEvers* for respondent. ▇▇▇▇
▇▇▇▇ See also, 53 F. (2d) 373.

No. 922. GENERAL ELECTRIC CO. ET AL. v. MARVEL RARE METALS CO. ET AL. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. Lawrence Bristol* and *Charles Neave* for petitioners. *Mr. Harold Elno Smith* for respondents. ▇▇▇▇

No. 923. BURNET, COMMISSIONER OF INTERNAL REVENUE, v. HUFF. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Thacher* for petitioner. *Mr. Harry C. Weeks* for respondent. ▇▇▇▇

No. 955. MURPHY OIL CO. v. BURNET, COMMISSIONER OF INTERNAL REVENUE. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Randolph E. Paul* and *Thomas R. Dempsey* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, J. P. Jackson,* and *Wilbur H. Friedman* for respondent. ▇▇▇▇

No. 977. BURNET, COMMISSIONER OF INTERNAL REVENUE, v. COMMONWEALTH IMPROVEMENT CO. May 31,